IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL JOHN HEATH | : | CIVIL ACTION NO. 1:11-cv-1301 |
| | : | |
| Plaintiff | : | (Chief Judge Kane) |
| | : | (Magistrate Judge Blewitt) |
| v. | : | |
| | : | |
| JEFFREY A. BEARD, et al. | : | |
| | : | |
| Defendants | : | |

## O R D E R

Before the court in the captioned action is a August 9, 2011 report of the magistrate judge.   No timely objections have been filed.

Accordingly, upon review of the record and the applicable law,  **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Blewitt.

2) Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 5) is GRANTED.

3) Plaintiff's Motion for Appointment of Counsel (Doc. No. 6) is DENIED as MOOT.

4) Defendants Beard, Wynder and Grady are DISMISSED with prejudice.

5) The Clerk of Court shall CLOSE the case.

                                                    s/ Yvette Kane
                                                    YVETTE KANE, Chief Judge
                                                    United States District Court

Dated: August 30, 2011